# BOYD|RICHARDS
## Parker|Colonnelli

600 Third Avenue, Suite 2800<br>
New York, New York 10016<br>
(212) 400-0626<br>
ssutro@boydlawgroup.com<br>
gpetrosino@boydlawgroup.com

August 6, 2025

**VIA ECF ELECTRONIC FILING**
Hon. Valerie Figueredo, U.S.M.J.
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

> Re: **Building Service 32BJ Health Fund, et al. v. Red Coats, Inc.,**
> **Civil Action No. 21-cv-5557**
>
> **Manny Pastreich, as Trustee, et al. v. Red Coats, Inc., et al.**
> **Civil Action No. 23-cv-2280**

Dear Judge Figueredo:

Our firm represents the Defendants, Red Coats, Inc. (in its own name and doing business as Admiral Security Services, and Cavalier Services Inc.) ("Red Coats"), against Plaintiffs, the respective Trustees of the Building Service 32BJ Benefit Funds (the "Funds") in the two above-referenced companion matters before Your Honor. We write jointly with Plaintiffs to provide a status update and seek a revised briefing schedule in accordance with the Order dated May 9, 2025.

Regarding Civil Action No. 21-cv-5557, the Funds filed a motion for summary judgment on April 21, 2025. Red Coats are currently due to file an opposition on August 11, 2025, and the Funds are due to file their reply on August 25, 2025. The parties jointly request that these deadlines be extended sixty (60) days, with Red Coats' opposition due October 10, 2025, and the Funds' reply due October 24, 2025. The parties seek this extension as they are continuing efforts to resolve the action. Recently, rebuttal information was provided to the Funds auditors that, in part, has caused the Funds to revise the audit findings. Red Coats are currently reviewing the revised findings. The parties are hopeful the 2021 action can be resolved without the need for continued motion practice. The parties commit that they will not seek additional extensions of these deadlines.

Regarding Civil Action No. 23-cv-2280, Red Coats are continuing to review the Funds' audit findings and provide rebuttals. Red Coats commits to, in the next ninety (90) days, provide all rebuttals it asserts refute the audit findings that have been previously issued. The parties can provide a status update to the Court in ninety days to report on the progress toward a resolution. Barring extraordinary circumstances, the matter will either be resolved, or the parties commit to provide a summary judgment briefing schedule at that time.

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 1555 Palm Beach Lakes Blvd, Suite 550 | 600 Third Ave, Suite 2800 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | West Palm Beach, Florida 33401 | New York, New York 10016 |
| Tel: 786-425-1045 | Tel: 954-848-2460 | Tel: 813-223-6021 | Tel: 561-624-8233 | Tel: 212-400-0626 |

Thank you for your attention to this matter. Please do not hesitate to contact the parties should you have any questions or concerns.

        Respectfully Submitted,

        /s/*Gizem Petrosino*
        Steven A. Sutro
        Gizem Petrosino
        Boyd Richards Parker & Colonnelli, P.L.

cc: Samuel R. Bloom, (via ECF)

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated:** 8/11/25
>
> With regards to Case No. 21-cv-5557, the Court hereby adopts the amended briefing schedule proposed herein. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 101.
>
> With regards to Case No. 23-cv-2280, the parties are directed to provide a status update by **November 5, 2025**.

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 1555 Palm Beach Lakes Blvd, Suite 550 | 600 Third Ave, Suite 2800 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | West Palm Beach, Florida 33401 | New York, New York 10016 |
| Tel: 786-425-1045 | Tel: 954-848-2460 | Tel: 813-223-6021 | Tel: 561-624-8233 | Tel: 212-400-0626 |