UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MANNY PASTREICH, as Trustee, et al.,

Plaintiffs,

-against-

RED COATS, INC., et al.,

Defendants.

---------------------------------------------------------------X

**23-CV-2280 (VF)**

**ORDER RESCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to discuss Plaintiffs' motion for summary judgment at ECF No. 75 is hereby rescheduled for **Tuesday, July 21, 2026, at 1 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; conference ID [782 217 23#]**.

**SO ORDERED.**

DATED: New York, New York
July 6, 2026

VALERIE FIGUEREDO
United States Magistrate Judge