UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MANNY PASTREICH, as Trustee, et al.,

Plaintiffs,

-against-

RED COATS, INC., et al.,

Defendants.

-----------------------------------------------------------------X

**23-CV-2280 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at today's conference, Plaintiffs are directed to file their supplemental declaration by **Thursday, August 27, 2026**. Defendants are directed to file any rebuttal declaration by **Monday, September 28, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 75.

**SO ORDERED.**

DATED: New York, New York
July 27, 2026

VALERIE FIGUEREDO
United States Magistrate Judge