BOYD | RICHARDS
Parker | Colonnelli

Gizem Petrosino, Esq.
gpetrosino@boydlawgroup.com
(212) 400-0626

September 25, 2026

***Via ECF Electronic Filing***
Hon. Valerie Figueredo, U.S.M.J.
Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 17A
New York, New York 10007

**Re:** ***Manny Pastreich, as Trustee, Building Service 32BJ Health Fund, et al. v. Red Coats, Inc. et al.***
**Civil Action No.: 23-cv-2280**
**Request for Extension of Time to File Expert Declaration**

Dear Judge Figueredo:

We represent Defendants, Red Coats, Inc. (in its own name and doing business as Admiral Security Services, and Cavalier Services Inc.) (collectively, the "Defendants"), in the above-referenced matter. Pursuant to Rule I.e., Requests for Adjournments of Extensions of Time, of Your Honor's Individual Practices in Civil Cases, we write to respectfully request a brief extension of time for Defendants to submit a rebuttal to Plaintiffs' Expert Declaration, dated August 27, 2026 (the "Plaintiffs' Declaration"), from September 28, 2026, up to and including October 12, 2026. Plaintiffs do not object to this request.

Defendants' Expert Declaration is currently due to be filed by September 28, 2026. This is Defendants' first request for an extension of time to respond to Plaintiffs' Declaration. Defendants seek a brief two-week adjournment of their deadline to file their own Expert's Declaration. The reason for Defendants' adjournment request is necessitated by the fact that Defendants seek to resolve this matter directly between the parties and require additional time to finalize any settlement. A two-week adjournment of Defendants' deadline to oppose Plaintiffs' Declaration will not prejudice the Plaintiffs in any way.

In light of the foregoing, we respectfully request a two-week adjournment of Defendants' deadline to file their Expert Declaration. We thank the Court for its time and consideration. Please do not hesitate to contact the undersigned, should you have any questions or concerns.

Respectfully submitted,

*/s/ Gizem Petrosino*
**Gizem Petrosino, Esq.**

BOYD RICHARDS PARKER COLONNELLI, P.L.
*Attorneys for Defendants*

cc: ***All Counsel of Record Via ECF***

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 29, 2026**

The request for an extension is **GRANTED**. Defendant's rebuttal to Plaintiffs' Expert Declaration is due **October 12, 2026**.

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

**MIAMI**
100 S.E. Second Street, Suite 2600
Miami, Florida 33131
Tel: 786-425-1045

**FT. LAUDERDALE**
1600 W. Commercial Boulevard, Suite 201
Fort Lauderdale, Florida 33309
Tel: 954-848-2460

**TAMPA**
400 N. Ashley Drive, Suite 1150
Tampa, Florida 33602
Tel: 813-223-6021

**WEST PALM BEACH**
1555 Palm Beach Lakes Blvd, Suite 550
West Palm Beach, Florida 33401
Tel: 561-624-8233

**NEW YORK**
600 Third Avenue, Suite 2800
New York, New York 10016
Tel: 212-400-0626

**www.boydlawgroup.com**