BOYD RICHARDS
Parker | Colonnelli

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 13, 2026**

The request for an extension is **GRANTED**.

October 12, 2026

***Via ECF Electronic Filing***
Hon. Valerie Figueredo, U.S.M.J.
Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 17A
New York, New York 10007

**Re:** ***Manny Pastreich, as Trustee, Building Service 32BJ Health Fund, et al. v. Red Coats, Inc. et al.***
**Civil Action No.: 23-cv-2280**
**Request for Extension of Time to File Expert Declaration**

Dear Judge Figueredo:

We represent Defendants, Red Coats, Inc. (in its own name and doing business as Admiral Security Services, and Cavalier Services Inc.) (collectively, the "Defendants"), in the above-referenced matter. Pursuant to Rule I.e., Requests for Adjournments of Extensions of Time, of Your Honor's Individual Practices in Civil Cases, we write to respectfully request a second adjournment of a two-week extension of time for Defendants to submit a rebuttal to Plaintiffs' Expert Declaration, dated August 27, 2026 (the "Plaintiffs' Declaration"), from October 12, 2026, up to and including, October 26, 2026. Plaintiffs consent to this request.

This is Defendants' second request for an extension of time to respond to Plaintiffs' Declaration. The reason for Defendants' adjournment request is the same as its first request -- Defendants continue to work towards resolving this matter directly between the parties and require additional time to finalize any settlement. An additional two-week adjournment of Defendants' deadline to oppose Plaintiffs' Declaration will not prejudice the Plaintiffs.

In sum, we respectfully request a two-week adjournment of Defendants' deadline to file their Expert Declaration. We thank the Court for its time and consideration. Please do not hesitate to contact the undersigned, should you have any questions or concerns.

Respectfully submitted,

*/s/ Gizem Petrosino*
**Gizem Petrosino, Esq.**
BOYD RICHARDS PARKER COLONNELLI, P.L.
*Attorneys for Defendants*

cc: ***All Counsel of Record Via ECF***