**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 19, 2026**

The request for an extension is **GRANTED**. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 101 and 102.

November 17, 2026

***Via ECF Electronic Filing***
Hon. Valerie Figueredo, U.S.M.J.
Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 17A
New York, New York 10007

**Re:** ***Manny Pastreich, as Trustee, Building Service 32BJ Health Fund, et al. v. Red Coats, Inc. et al.***
**Civil Action No.: 23-cv-2280**
**Request for Extension of Time to File Expert Declaration**

Dear Judge Figueredo:

We represent Defendants, Red Coats, Inc. (in its own name and doing business as Admiral Security Services, and Cavalier Services Inc.) (collectively, the "Defendants"), in the above-referenced matter. We write to respectfully request a fourth adjournment of a two-week extension of time for Defendants to submit a rebuttal to Plaintiffs' Expert Declaration, dated August 27, 2026 (the "Plaintiffs' Declaration"), from November 9, 2026, up to and including, November 23, 2026. Plaintiffs consent to this request.

This is Defendants' fourth request for an extension of time to respond to Plaintiffs' Declaration. The reason for Defendants' adjournment request is the same as its first, second, and third, request. Defendants require additional time to finalize any settlement and endeavor to finalize settlement this week. The parties continue to discuss the terms of settlement. An additional two-week adjournment of Defendants' deadline to oppose Plaintiffs' Declaration will not prejudice the Plaintiffs.

Therefore, we respectfully request an additional two-week adjournment of Defendants' deadline to file their Expert Declaration. We thank the Court for its time and consideration. Please do not hesitate to contact the undersigned, should you have any questions or concerns.

Respectfully submitted,

*/s/ Gizem Petrosino*
**Gizem Petrosino, Esq.**
BOYD RICHARDS PARKER COLONNELLI, P.L.
*Attorneys for Defendants*

cc: ***All Counsel of Record Via ECF***